IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| JENNIE M. FRETTS,<br><br>    Plaintiff,<br><br>vs.<br><br>GT ADVANCED TECHNOLOGIES CORPORATION, formerly known as GT SOLAR INTERNATIONAL, INC. and MICHAEL CHALLEEN,<br><br>    Defendants. | CV 11–160–M–DWM<br><br><br>ORDER |

On Stipulation for Dismissal with Prejudice filed by the parties, (doc. 77),

IT IS ORDERED that the above titled action is DISMISSED WITH PREJUDICE, each party to bear their own costs, expenses, and attorneys' fees.

IT IS FURTHER ORDERED that the Clerk of Court shall close this case.

DATED this 17th day of June, 2013.

DONALD W. MOLLOY, DISTRICT JUDGE
UNITED STATES DISTRICT COURT